SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED    E-FILING

2007 JUL 23 A 11: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CHEN MAI,<br><br>Defendant. | CR No. 07 00476 HRL<br><br>VIOLATION: 21 U.S.C. § 611(b) -<br>Unauthorized Use of Official Mark<br><br><br><br><br><br><br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

Between on or about January 9, 2004 and March 12, 2005, in the Northern District of California, the defendant

LINDA CHEN MAI

did knowingly use the United States Department of Agriculture Federal inspection mark without

///

///

///

INFORMATION

authorization from the Secretary of Agriculture, in violation of Title 21, United States Code, Section 611(b), a Class A misdemeanor.

DATED: *July 2, 2007*

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: *Lindsay Crawford*)
LINDSAY CRAWFORD
Law Clerk

INFORMATION                                       -2-

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

*FILED*
*E-FILING*

### OFFENSE CHARGED

COUNT ONE: Title 21, U.S.C. § 611(b) - Unauthorized Use of Official Mark (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Maximum 1 Year Imprisonment
1 Year Supervised Release
$1,000 Fine
$25 Special Assessment

**DEFENDANT - U.S.**

▶ LINDA CHEN MAI

**DISTRICT COURT NUMBER**

CR 07 00476 HRL

2007 JUL 23 A 11: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
**USDA Food Safety and Inspection Service (FSIS) Office of Enforcement, Investigations, and Analysis**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    **DAVID R. CALLAWAY**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: