SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

DAVID R. CALLWAY (CSBN 121782)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  FAX: (408) 535-5066
  David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-00476 HRL |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| LINDA CHEN MAI, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

On August 2, 2007, the parties appeared before the Court for arraignment. The defendant was arraigned and entered a plea of not guilty. The parties jointly requested that the case be placed on calendar on September 6, 2007. Law Clerk Lindsay Crawford explained that the government intended to refer Ms. Mai to Pretrial Services to evaluate her eligibility for Pretrial Diversion, and requested an exclusion of time under the Speedy Trial Act from August 2, 2007, to September 6, 2007. The defendant, through her counsel Phillipe A. Toudic, agreed to the exclusion. Although exclusion of time to determine a defendant's eligibility for diversion is not specifically listed as a basis for exclusion under 18 U.S.C. § 3161(h), the parties note that the time during which prosecution would be deferred, assuming defendant is found to be eligible for diversion, would be excludible under 18 U.S.C. 3161(h)(2), and therefore submit that the time

needed to determine eligibility should also be excluded in the interests of justice.

**IT IS SO STIPULATED:**

SCOTT N. SCHOOLS
United States Attorney

DATED: 8/10/2007

DAVID R. CALLAWAY
Assistant United States Attorney

DATED: _(see next page)_
PHILLIPE A. TOUDIC
Assistant Federal Public Defender

## ORDER

For good cause shown, the Court hereby orders that time be excluded under the Speedy Trial Act from August 2, 2007 to September 6, 2007. The Court finds, based on the reasons set forth in the stipulation of the parties, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that time is appropriately excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED:_____

HOWARD R. LLOYD
United States Magistrate Judge

needed to determine eligibility should also be excluded in the interests of justice.

IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED:

DAVID R. CALLAWAY
Assistant United States Attorney

DATED: 8/7/07

PHILLIPE A. TOUDIC
Assistant Federal Public Defender

## ORDER

For good cause shown, the Court hereby orders that time be excluded under the Speedy Trial Act from August 2, 2007 to September 6, 2007. The Court finds, based on the reasons set forth in the stipulation of the parties, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that time is appropriately excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:_____

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND ORDER
No. 07-00476 HRL

2