```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH, CASBN 163973
 3  Chief, Criminal Division

 4  DAVID R. CALLAWAY (CASBN 121782)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5596
 7      E-mail: david.callaway@usdoj.gov

 8  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00476 HRL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING DATE FOR |
| | ) | REPORT ON DEFENDANT'S |
| | ) | ELIGIBILITY FOR PRETRIAL |
| | ) | DIVERSION |
| LINDA CHEN MAI, | ) | |
| | ) | Date:  September 6, 2006 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | |
| _____ | ) | Before The Honorable Howard R. Lloyd |

 The United States and defendant Linda Chen Mai hereby agree and stipulate as follows:

 **WHEREAS,**

 1. On August 2, 2007, this matter was referred to Pretrial Services for an evaluation of defendant's suitability for pretrial diversion, with the parties directed to return to court on September 6, 2007;

 2. As of August 31, 2007, Pretrial Services had not yet completed certain steps necessary to make this determination (including a visit to defendant's residence) and advised the parties that it would be unable to complete those steps before September 6, 2007; and

 3. The government respectfully requests a setting later in the morning to avoid a possible conflict with cases on Magistrate Judge Trumbull's 9:30 a.m. calendar;

IT IS THEREFORE STIPULATED AS FOLLOWS:

That the parties be directed to appear on **Thursday, September 20, 2007, at 10:30 a.m.**, before The Honorable Howard R. Lloyd, United States Magistrate Judge, and that the hearing scheduled to occur on September 6, 2007, be vacated.

_____
Philippe A. Toudic
Counsel for Defendant
DATE: 9/5/07

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: 9/4/07

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties shall appear on **Thursday, September 20, 2007, at 10:30 p.m.**, for a report on Defendant's eligibility for Pretrial Diversion. The hearing previously scheduled to occur on September 6, 2007 is **VACATED**.

DATED:

HOWARD R. LLOYD
United States District Judge

Distribute to:

Philippe A. Toudic, Esq.
K&L Gates
630 Hansen Way
Palo Alto, CA 94304
Facsimile: (650) 798-6701

David R. Callaway
Assistant United States Attorney

Anthony Granados,
United States Pretrial Services Office

STIPULATION AND ORDER