SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. C.ALLAWAY (CASBN 121782)
Assistant United States Attorney

LINDSAY CRAWFORD
Law Clerk Extraordinaire

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Fax: (408) 535-5066
Email: David.Callaway@udoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00476 HRL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |
| v. ) | |
| LINDA CHEN MAI, ) | |
| Defendant. ) | |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above-captioned case, pursuant to 18 U.S.C. § 3161(h)(2), from September 19, 2007 to March 19, 2009, for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter and that the defendant shall be placed on pretrial diversion for no more than eighteen months. Accordingly, the parties agree that the prosecution should be deferred for eighteen months or until such time as the Special Conditions set forth in the agreement are fulfilled, whichever occurs first, but in no event less than twelve months, for Ms. Mai to demonstrate good conduct under the conditions of a pretrial diversion program.

//

**IT IS SO STIPULATED.**

                                                SCOTT N. SCHOOLS
                                                United States Attorney

DATED: 9/19/07

                                                DAVID R. CALLAWAY
                                                Assistant United States Attorney

DATE: 9/19/07

                                                KIRPATRICK & LOCKHART
                                                PRESTON GATES ELLIS, LLP

                                                By: PHILLIPPE A. TOUDIC
                                                Attorneys for Ms. Mai

## ORDER

Based on the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(2), from September 19, 2007 to March 19, 2009, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 9/19/07

                                                HOWARD R. LLOYD
                                                United States Magistrate Judge