11/13/2007 02:46 PM EDT

**Case Debt Type Payment Report**
U.S. Courts

Version 7.0

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Acctg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | LINDA CHEN MAI | 504100 | FINE-CRIME VICTIMS FUND | 5,000.00 | 0.00 | CT 5461001720 | 0 | PR | 5,000.00 | 09/19/2007 |

Case No. DCAN507CR000476
US V MAI

Division Payment Total    5,000.00

Grand Total    5,000.00

$5,000.00 FINE PAID IN FULL on 9/19/07

Page 1 of 1