JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-mail: david.callaway@usdoj.gov

Attorneys for Plaintiff

FILED

MAR 1 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINDA CHEN MAI, <br><br> Defendant. | No. CR 07-00476 HRL <br><br> GOVERNMENT'S REQUEST FOR DISMISSAL BASED ON DEFENDANT'S SUCCESSFUL COMPLETION OF PRETRIAL DIVERSION; ORDER [PROPOSED] <br><br> Date: March 19, 2009 <br> Time: 9:30 a.m. <br><br> Before The Honorable Howard R. Lloyd |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Information in the interests of justice. The facts supporting this request are as follows:

On July 23, 2007, the defendant was charged by Information with a violation of Title 21, United States Code, Section 611(b), Unauthorized Use of a United States Department of Agriculture federal inspection mark. On September 19, 2007, the parties entered into an Agreement for Pretrial Diversion, in which the government agreed to dismiss the Information if

REQUEST AND ORDER

1 the defendant successfully complied with the terms of Pretrial Diversion. The period of
2 supervision called for by the agreement was not less than twelve nor more than eighteen months,
3 with that period terminable at any time after twelve months once the three conditions set forth in
4 paragraph 5 of the diversion agreement had been met. Those conditions were: (1) that defendant
5 sell, transfer, or otherwise divest herself of her interest in Trinh Company; (2) that she not
6 acquire any ownership or other beneficial interest in any other business that requires USDA
7 inspection services; and (3) that she pay a fine of $5,000.

8   All three conditions have been satisfied to the satisfaction of both the undersigned and
9 supervising United States Pretrial Services Officer Laura Weigel.

10   Accordingly, the United States respectfully moves for the dismissal of the above-referenced
11 Information in the interests of justice.

12 DATED: March 18, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

## ORDER

At the request of the United States, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned Information is DISMISSED.

DATE: 3/19/09

HOWARD R. LLOYD
United States Magistrate Judge

**Distribute to:**

//

REQUEST AND ORDER